**GRASSO**
—LAW FIRM—
2250 East Germann Road, Suite 10
Chandler, Arizona 85298
(480) 739-1200

Robert Grasso, Jr., Bar No. 015087
Robert J. Lydford, Bar No. 030649
Karl J. Gruse, Bar No. 020170
rgrasso@grassolawfirm.com
rlydford@grassolawfirm.com
kgruse@grassolawfirm.com
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Tabitha Sanchez-Wheeler, an Arizona resident,<br><br>Plaintiff,<br><br>v.<br><br>Community Bridges, Inc, an Arizona corporation,<br><br>Defendant. | Case No. 4:22-cv-00135-RM<br><br>**NOTICE OF CASE RESOLUTION** |

**NOTICE IS HEREBY GIVEN** that the parties have reached a resolution of all claims in the above-referenced case. A Stipulation to Dismiss Action, With Prejudice, will be filed once the same has been executed.

RESPECTFULLY SUBMITTED this 24th day of April, 2023.

**GRASSO LAW FIRM, P.C**

By   */s/ Robert J. Lydford*
Robert Grasso, Jr.
Robert J. Lydford
Karl J. Gruse
2250 East Germann Road, Suite 10
Chandler, Arizona 85286
Attorneys for Defendant

1

# CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April, 2023, I electronically filed the foregoing document with the United States District Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Amanda Kuklinski, Esq.
Kelsey Whalen, Esq.
**WEILER LAW PLLC**
5050 N. 40th St., Suite 260
Phoenix, AZ 85018
akuklinski@weilerlaw.com
kwhalen@weilerlaw.com
   Attorneys for Plaintiff

By: */s/ Aly Shomar-Esparza*

2